# EXHIBIT G

**<u>Certified Records</u>**

*United States v. Ardaries, Harris, et al,* **24 CR 326**

| Entity | Records | Bates |
|---|---|---|
| **T-Mobile** | T-Mobile cell site records for (773) 853-3428 | PHONESW_001-000220 |
| **T-Mobile** | T-Mobile cell site records for (773) 501-0448 | PHONESW_001-000161; PHONESW_001-000163; PHONESW_001-000171 |
| **T-Mobile** | T-Mobile cell site records for (312) 818-9983 | PHONESW_001-000072; PHONESW_001-000073 |
| **T-Mobile** | T-Mobile cell site records for (773) 986-6177 | PHONESW_001-000259; PHONESW_001-000260 |
| **AT&T** | AT&T cell site records for (773) 993-7848 | PHONESW_001-000302 |
| **T-Mobile** | T-Mobile cell site records for (773) 236-4061 | PHONESW_001-000126 |
| **T-Mobile** | T-Mobile cell site records for (312) 735-0397 | PHONESW_001-000035; PHONESW_001-000036 |
| **T-Mobile** | T-Mobile cell site records for (612) 472-4622 | PHONESW_001-000079; PHONESW_001-000081 |
| **Apple** | orlandolofton1200@icloud.com account | Hard Drive Media; APPLE_001-000018 |
| **Apple** | bigtop1200@icloud.com account | Hard Drive Media |
| **Meta** | BigTop BigOpp Facebook account | ATF_012-000005 |
| **Meta** | Dbe King Foe Facebook account | ATF_012-000002 |
| **Meta** | dbe_kingfoe Facebook account | ATF_012-000001 |
| **Meta** | BigTop BigOpp, and/or user ID 100059063164992 Facebook account | ATF_005-002316 |
| **Meta** | Carlos Antpack and/or user ID 10008042377023 Facebook account | ATF_005-002317 |
| **Meta** | GottiBoy Duskie and/or user ID 100035133352833 Facebook account | ATF_005-002319 |
| **Meta** | Roosevelt Veal and/or user ID 100001271545373 Facebook account | ATF_005-002318 |
| **Meta** | bigtop_bigopp and/or user ID 39476114197 Instagram account | ATF_005-002435 |

| Meta | Hadiway_Freaky and/or user ID 210594859 Instagram account | ATF_005-002434 |
|---|---|---|
| Meta | dbe_1200manman and/or user ID 50448674745 Instagram account | ATF_005-002438 |
| Meta | nobighomie_drew12 and/or user ID 562420592470 Instagram account | ATF_005-002436 |
| Meta | tkxheartless and/or user ID 22419835195 Instagram account | ATF_005-002437 |
| EcoATM LLC | EcoATM – Roosevelt Guy Veal - CCOR | ATF_012-000003 |
| SoundThinking, INC | SoundThinking, INC – 6551 S University Ave, Chicago, IL 60637 | ATF_012-000006 |